MARY B. PRINGLE, as Executrix of JAMES E. PRINGLE,. Deceased, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

In the Matter of the Application of JAMES S. BIDDELL, as Administrator with the Will Annexed of JAMES E. PRINGLE.

Reported below, 27 App. Div. 144.
(Argued October 3, 1898; decided October 11, 1898.)

MOTION to dismiss an appeal by certification from an order of the Appellate Division of the Supreme Court in the first

judicial department, entered April 14, 1898, reversing an order of Special Term denying a motion to substitute James S. Biddell as administrator with the will annexed of the estate of James E. Pringle, deceased, as plaintiff herein and granting the motion.

This motion was made upon the ground that the appeal was not taken or perfected within the time prescribed by the Code of Civil Procedure.

*James E. Davis* for motion.

*William J. Kelly* opposed.

Motion denied, without costs.